# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**HECTOR MANSO**

                   **CIVIL ACTION**

**VERSUS**

                   **NO. 17-145-JWD-RLB**

**CF INDUSTRIES NITROGEN, LLC**

## O P I N I O N

After independently reviewing the entire record in this case and for the reasons set forth in Magistrate Judge's Report dated March 2, 2018, to which no objection was filed:

**IT IS ORDERED** that the plaintiff's complaint is dismissed without prejudice pursuant to Local Rule 41(b) for failure to prosecute. Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>March 20, 2018</u>.

 

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**